UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICKI LEHMAN,

     Plaintiff,

v.                                 Case No: 8:17-cv-571-T-36TBM

TAMPA BAY RENTAL SOLUTIONS,
LLC and JAMES KOPTEROS,

     Defendants.

_____/

# O R D E R

     Before the Court is the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 12).

In accord with the Plaintiff's Notice of Voluntary Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

     1)     The Plaintiff's Notice of Voluntary Dismissal with Prejudice is **APPROVED** (Doc. 12).

     2)     This cause is dismissed, with prejudice.

     3)     The Clerk is directed to close this case.

     **DONE AND ORDERED** in Tampa, Florida on June 2, 2017.

*Charlene Edwards Honeywell*

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record